

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

## No. 02-22-00255-CV

_____

EDWARD THOMPSON, Appellant

V.

SYLVIA WRIGHT, Appellee

---

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2022-01095

---

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On September 30, 2022, we notified appellant that the trial court clerk responsible for preparing the record in this appeal has informed us that appellant has not arranged to pay for the clerk's record as the appellate rules require. *See* Tex. R. App. P. 35.3(a)(2). In our notice, we warned that we would dismiss the appeal for want of prosecution unless, by October 10, 2022, appellant arranged to pay for the clerk's record and provided us with proof of payment. *See* Tex. R. App. P. 35.3(c), 37.3(b), 44.3.

Because appellant has not provided us with proof of payment for the clerk's record, we now dismiss the appeal for want of prosecution.[1] *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: October 20, 2022

---

[1]In other letters to appellant, we notified him that his docketing statement had not been filed and directed him to file a docketing statement. *See* Tex. R. App. P. 32.1. Appellant has not filed a docketing statement.